```
RICHARD L. GRANT, CALIFORNIA STATE BAR NO. 093351
GRANT LAW, A Professional Law Corporation
15375 Barranca Parkway, Suite A-208
Irvine, Ca. 92618
Tel. 949-379-7172
Fax. 949-379-7192
Email : rgrant@grantlawca.com

Attorneys for Plaintiff:
VACATION BIKE RENTALS
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VACATIONAL BIKE RENTALS, LLC, A LIMITED LIABILITY COMPANY,<br><br>        Plaintiff,<br><br>    vs.<br><br>KITZUMA CORPORATION, A CORPORATION, DBA KITZUMA CYCLING LOGISTICS; BIKEEXCHANGE LIMITED, AN AUSTRALIAN COMPANY, DBA KITZUMA CORPORATION AND KITZUMA CYCLING LOGISTICS; GETCARRIER, LLC, A LIMITED LIABILITY COMPANY; AND EMPIRE NATIONAL, INC., A CORPORATION.<br><br>        Defendants. | Case No.: 2:24-cv-07105-CAS-MAA<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT EMPIRE NATIONAL, INC., A CORPORATION, ONLY AS TO THE SECOND CAUSE OF ACTION (BREACH OF CONTRACT) OF THE FIRST AMENDED COMPLAINT.** |

Comes Now, VACATIONAL BIKE RENTALS, LLC, hereafter "Plaintiff", with its **REQUEST FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT EMPIRE NATIONAL, INC., A CORPORATION, ONLY AS TO THE SECOND CAUSE OF ACTION (BREACH OF CONTRACT) OF THE FIRST AMENDED COMPLAINT.**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff VACATIONAL BIKE RENTALS, LLC ("Plaintiff") hereby requests that the Court to Dismiss Defendant **EMPIRE NATIONAL, INC., A CORPORATION.** with prejudice from the Plaintiff's First Amended Complaint **only as to the Second Cause of Action for Breach of Contract**, in the above-captioned action.

**Grounds for Dismissal:** Plaintiff acknowledges that Defendant EMPIRE NATIONAL, INC. was acting solely as a motor carrier in connection with the transportation of goods under the Carmack Amendment (49 U.S.C. § 14706). As such, Plaintiff and Defendant EMPIRE NATIONAL, INC. stipulate that claims arising under the breach of contract cause of action are governed exclusively by the Carmack Amendment. Based on this, the Plaintiff agrees to Dismiss **EMPIRE NATIONAL, INC.,** from the First Amended Complaint only the Second Cause of Action for Breach of Contract of this Action with Prejudice.

**Dismissal Terms:**

**Defendant:** EMPIRE NATIONAL, INC., A CORPORATION

**Dismissal:** With Prejudice, Only as to the Second Cause of Action for Breach of Contract

Each party shall bear its own attorneys' fees and costs in connection with this Action.

///

**IT IS SO REQUESTED.**

                                                  **GRANT LAW**

Dated: __12/13/2024__              By: _/s/ Richard L. Grant_
                                          RICHARD L. GRANT, ESQ.
                                          ATTORNEY FOR PLAINTIFF
                                          VACATION BIKE RENTALS, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on **December 13,2024** a true and correct copy of the PLAINTIFF'S REQUEST FOR DISMISSAL WTH PREJUDICE AS TO DEFENDANT EMPIRE NATIONAL, INC., A CORPORATION, ONLY AS TO THE SECOND CAUSE OF ACTION (BREACH OF CONTRACT) OF THE FIRST AMENDED COMPLAINT.

was electronically filed with Federal Court using the CM/ECF system, which will send notice of filing to all counsel

Dated: 12/13/2024               RICHARD L. GRANT

                                */s/ Richard L. Grant*