AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Central District of California

| | |
|---|---|
| VACATIONAL BIKE RENTALS, LLC, A LIMITED LIABILITY COMPANY, <br><br> Plaintiff(s) <br><br> v. <br><br> KITZUMA CORPORATION, A CORPORATION, DBA KITZUMA CYCLING LOGISTICS...ET AL <br><br> Defendant(s) | Civil Action No. 2:24-cv-07105-CAS-MAA |

## SUMMONS FOR 1ST AMENDED COMPLAINT IN A CIVIL ACTION

To: *(Defendant's name and address)* KITZUMA CORPORATION, A CORPORATION, DBA KITZUMA CYCLING LOGISTICS
829 RIVERSIDE DR. ASHEVILLE, NC 28801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: RICHARD L. GRANT, CALIFORNIA STATE BAR NO. 093351
GRANT LAW, A Professional Law Corporation
15375 Barranca Parkway, Suite A-208
Irvine, Ca. 92618
Tel. 949-379-7172
Email: rgrant@grantlawca.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: March 10, 2025

/s/ E. Synagogue

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-07105-CAS-MAA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* KITZUMA CORPORATION
was received by me on *(date)* 3/20/25.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* RON SCHMIDT - MANAGER, who is
designated by law to accept service of process on behalf of *(name of organization)* KITZUMA
CORPORATION on *(date)* 3/31/25 @ 8:30 AM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

*[margin note:] W/M. 5y/eoyrs 6'. 180 lbs GRAY HAIR GLASSES*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4/1/25

_____
Server's signature

CRYSTAL RIVERS
Printed name and title

4 LONG SHOALS RD
ARDEN NC
Server's address

Additional information regarding attempted service, etc: