UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:24cv07105 CAS (MAAx)                                                           Date: June 23, 2025

Title   *VACATIONAL BIKE RENTALS, LLC v. KITZUMA CORPORATION; ET AL.*

Present: The Honorable:   CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) – EXTENDED ORDER TO SHOW CAUSE**

The Court is in receipt of plaintiff's Proofs of Service [30] filed in partial response to this Court's Order to Show Cause [29] filed on June 9, 2025.  The Court hereby extends Order to Show Cause as to **defendants KITZUMA CORPORATION *doing business as* KITZUMA CYCLING LOGISTICS; and GETCARRIER, LLC, only.**

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **July 21, 2025**, why this action should not be dismissed for lack of prosecution as to **defendants KITZUMA CORPORATION *doing business as* KITZUMA CYCLING LOGISTICS; and GETCARRIER, LLC, only.**   In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider an answer by **defendants KITZUMA CORPORATION *doing business as* KITZUMA CYCLING LOGISTICS; and GETCARRIER, LLC,** or plaintiff's request for entry of default on these defendants on or before the above date, as a satisfactory response to the Order to Show Cause.

|   | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |