RICHARD L. GRANT, CALIFORNIA STATE BAR NO. 093351
GRANT LAW, A Professional Law Corporation
15375 Barranca Parkway, Suite A-208
Irvine, Ca. 92618
Tel. 949-379-7172
Fax. 949-379-7192
Email : rgrant@grantlawca.com

Attorneys for Plaintiff:
VACATION BIKE RENTALS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VACATIONAL BIKE RENTALS, LLC, A LIMITED LIABILITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>KITZUMA CORPORATION, A CORPORATION, DBA KITZUMA CYCLING LOGISTICS; BIKEEXCHANGE LIMITED, AN AUSTRALIAN COMPANY, DBA KITZUMA CORPORATION AND KITZUMA CYCLING LOGISTICS; GETCARRIER, LLC, A LIMITED LIABILITY COMPANY; AND EMPIRE NATIONAL, INC., A CORPORATION.<br><br>Defendants. | Case No.: 2:24-cv-07105-CAS-MAA<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT SPEED EXPRESS, INC.A CORPORATION, FROM THE FIRST AMENDED COMPLAINT.** |

Comes Now, VACATIONAL BIKE RENTALS, LLC, hereafter "Plaintiff", with its **REQUEST FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT SPEED EXPRESS, INC.A CORPORATION, FROM THE FIRST AMENDED COMPLAINT.**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff VACATIONAL BIKE RENTALS, LLC ("Plaintiff") hereby requests that the Court to Dismiss Defendant **SPEED EXPRESS, INC. A CORPORATION** without prejudice from the Plaintiff's First Amended Complaint, in the above-captioned action.

**Grounds for Dismissal:** Plaintiff brings this action under federal diversity jurisdiction pursuant to 28 U.S.C. § 1332. Upon further review, Plaintiff has determined that Defendant Speed Express, Inc. is a corporation organized under the laws of the State of California with its principal place of business in California. Because Plaintiff is also a citizen of California for diversity purposes, the inclusion of Speed Express, Inc. as a defendant destroys complete diversity of citizenship required under 28 U.S.C. § 1332(a).

**Dismissal Terms:**

**Defendant:** Speed Express, Inc

**Dismissal:** Without Prejudice

Each party shall bear its own attorneys' fees and costs in connection with this Action.

Dated: 6/24/25

By: _____
RICHARD L. GRANT, ESQ.
ATTORNEY FOR PLAINTIFF
VACATION BIKE RENTALS, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on **June 24, 2025** a true and correct copy of the **Request for Dismissal without Prejudice as to Defendant Speed Express, Inc.** was electronically filed with the Federal Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: **6/24/2025**

By: _____

RICHARD L. GRANT

## PROPOSED ORDER

IT IS HEREBY ORDERED that Defendant Speed Express, Inc., A Corporation, is dismissed from the First Amended Complaint without prejudice.

Each party shall bear its own attorneys' fees and costs related to this Action.

**IT IS SO ORDERED.**

Dated: _____

 

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA