UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:24cv07105 CAS (MAAx) | Date: June 25, 2025 |
| Title *VACATIONAL BIKE RENTALS, LLC v. KITZUMA CORPORATION; ET AL.* | |

Present: The Honorable: **CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE**

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) – ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **July 21, 2025**, why this action should not be dismissed for lack of prosecution as to **defendant BIKEEXCHANGE LIMITED DBA KITZUMA CORPORATION DBA KITZUMA CYCLING LOGISTICS, only.** In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider an answer by **defendant BIKEEXCHANGE LIMITED DBA KITZUMA CORPORATION DBA KITZUMA CYCLING LOGISTICS,** or plaintiff's request for entry of default on this defendant on or before the above date, as a satisfactory response to the Order to Show Cause.

| | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |