RICHARD L. GRANT, CALIFORNIA STATE BAR NO. 093351
GRANT LAW, A Professional Law Corporation
15375 Barranca Parkway, Suite A-208
Irvine, CA 92618
Tel. 949-379-7172
Fax. 949-379-7192
Email : rgrant@grantlawca.com
Attorneys for Plaintiff:
VACATION BIKE RENTALS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VACATION BIKE RENTALS, LLC, A LIMITED LIABILITY COMPANY,<br><br>            Plaintiff,<br><br>      vs.<br><br>KITZUMA CORPORATION, A CORPORATION, DBA KITZUMA CYCLING LOGISTICS; BIKEEXCHANGE LIMITED, AN AUSTRALIAN COMPANY, DBA KITZUMA CORPORATION AND KITZUMA CYCLING LOGISTICS. GETCARRIER, LLC, A LIMITED LIABILITY COMPANY; AND EMPIRE NATIONAL, INC., A CORPORATION.<br><br>            Defendants. | Case No.: 2:24-cv-07105-CAS-MAA<br><br>**JOINT RULE 26(f) REPORT & DISCOVERY PLAN** |

1
**JOINT RULE 26(f) REPORT & DISCOVERY PLAN**
HB: 4923-0094-5522.1

Plaintiff Vacation Bike Rentals, LLC , Defendants Kitzuma Corporation / BikeExchange Limited, GetCarrier, LLC, and Empire National, Inc. (collectively, "Defendants"), by and through their respective counsel of record, submit this Joint Report pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Local Rule 26-1, and this Court's Order setting a Scheduling Conference for October 20, 2025.

## I. STATEMENT OF THE CASE

This action arises from the theft and loss of Plaintiff's shipment of 131 e-bikes, valued at approximately $350,000, during transportation arranged by Defendants from North Carolina to California. Plaintiff alleges causes of action for breach of contract, negligence, Carmack Amendment liability, unjust enrichment, negligent handling and transportation, and negligent entrustment

Defendants deny liability and contend that contractual limitations of liability, statutory defenses, and the conduct of third parties bar or limit recovery.

## II. SUBJECT MATTER JURISDICTION

Jurisdiction is proper under 28 U.S.C. § 1332(a) because there is complete diversity of citizenship and the amount in controversy exceeds $75,000. Jurisdiction also exists under the Carmack Amendment, 49 U.S.C. § 14706, governing claims against motor carriers for loss of goods in interstate commerce. Venue is proper in this District under 28 U.S.C. § 1391(b)(2), as a substantial part of the events occurred in San Fernando, California.

## III. LEGAL ISSUES

The key disputed legal issues include:

1. Whether Defendants breached contractual or statutory duties in arranging or transporting the shipment.
2. Whether Empire National, Inc. is strictly liable under the Carmack Amendment.
3. Whether negligence, unjust enrichment, or negligent entrustment claims are preempted or barred.
4. Whether contractual or statutory limits on damages apply.
5. The amount of damages, including consequential damages, business losses, and restitution.

## IV. PARTIES AND EVIDENCE

**Plaintiff**: Vacation Bike Rentals, LLC.

**Defendants**: KITZUMA CORPORATION, A CORPORATION, DBA KITZUMA CYCLING LOGISTICS; BIKEEXCHANGE LIMITED, AN AUSTRALIAN COMPANY, DBA KITZUMA CORPORATION AND KITZUMA CYCLING LOGISTICS. GETCARRIER, LLC, A LIMITED LIABILITY COMPANY; AND EMPIRE NATIONAL, INC., A CORPORATION

**Key Witnesses:**

Dave McLaughlin (Plaintiff's principal)

Defendants' corporate representatives and employees with knowledge of transportation arrangements, custody and handling of the shipment, and warehouse practices.

**Key Documents:**

Transportation contracts, Bills Of Lading, and communications among Defendants.

Purchase records for the lost bicycles.

Insurance policies, claims correspondence, and police reports.

## V. DAMAGES

Plaintiff seeks compensatory damages exceeding $350,000, restitution, attorneys' fees where available, and other relief. Defendants dispute the amount and causation of damages.

## VI. INSURANCE

Defendants have not yet disclosed the existence or scope of insurance coverage, but will provide Rule 26(a)(1)(A)(iv) disclosures.

## VII. MOTIONS

The parties anticipate filing dispositive and pretrial motions as permitted by the Federal Rules of Civil Procedure.

## VIII. DISCOVERY PLAN (FRCP 26(f); L.R. 26-1)

1. **Initial Disclosures**: Exchange by Oct 31, 2025.
2. **Subjects of Discovery**: Contract formation, shipment handling, communications among Defendants, liability allocation, insurance, damages.
3. **Discovery Cut-Offs**: As set forth in Section XI (Proposed Schedule).

## IX. SETTLEMENT AND ADR

The parties are open to private mediation under the Court's ADR Program or with the Magistrate. Settlement discussions have not yet advanced.

## X. TRIAL ESTIMATE

The parties estimate a 4-5 day jury trial with approximately 6-10 witnesses.

///
///

XI.  PROPOSED SCHEDULE OF PRETRIAL DATES

| EVENT | PROPOSED DEADLINE |
|---|---|
| Initial Disclosures (FRCP 26(a)(1)) | October 31, 2025, |
| Last Date to Hear Motion to Amend Pleadings or Add Parties | December 5, 2025 |
| Fact Discovery Cut-Off | May 25, 2026 |
| Expert Disclosure (Initial) | April 13, 2026 |
| Expert Disclosure (Rebuttal) | April 27, 2026 |
| Expert Discovery Cut-Off | May 25, 2026 |
| Last Date to *Hear* Dispositive Motions | October 9, 2026 |
| Deadline to Complete Settlement Conference (L.R. 16-15) | October 23, 2026 |
| Trial Filings (First Round: Motions in Limine, Contentions of Fact and Law, Witness Lists, Joint Exhibit List, Settlement Report, etc.) | October 23, 2026 |
| Trial Filings (Second Round: Oppositions to Motions in Limine, Pretrial Conference Order, Jury Instructions, Verdict Forms, Voir Dire, etc.) | October 30, 2026 |
| Final Pretrial Conference & Hearing on Motions in Limine | November 13, 2026 – 11:00 a.m. |
| Trial | December 7, 2026 – 8:30 a.m. |

**XII. LEAD TRIAL COUNSEL**

**For Plaintiff:** Richard L. Grant, Esq. (Grant Law, APC)

**For Defendant Empire National, Inc.:** Andrew Kleiner, Esq. (Husch Blackwell LLP)

**For Defendants Kitzuma / BikeExchange:** Daniel Reback, Esq. (Krane Smith LLP)

**XIII. MAGISTRATE JUDGE**

The parties do not consent to trial before a Magistrate Judge.

**XIV. OTHER MATTERS**

The parties will revisit ADR following exchange of initial discovery and will cooperate in preparing a Proposed Scheduling Order consistent with this Joint Report.

# GRANT LAW

Dated: 10/14/25                By: _____RLG_____
                                   RICHARD L. GRANT, ESQ.
                                   ATTORNEY FOR PLAINTIFF
                                   VACATION BIKE RENTALS, LLC


Dated: 10/14/25                By: _____AK_____
                                   ATTORNEYS FOR DEFENDANT
                                   EMPIRE (MOTOR CARRIER)
                                   ANDREW KLEINER, ESQ.


Dated: _____       By: _____
                                   ATTORNEYS FOR DEFENDANT
                                   KITZUMA CORP
                                   DANIEL REBACK, ESQ.