# SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

*Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.*
***The Court <u>ORDERS</u> the parties to make every effort to agree on dates.***

| Case No.: 2:24-cv-07105-CAS-MAA | Case Name: *Vacation Bike Rentals, LLC v. Kitzuma Corp., et al.* |
|---|---|

| Trial and Final Pretrial Conference Dates | Plaintiff's Proposed Date mm/dd/yyyy | Defendant's Proposed Date mm/dd/yyyy |
|---|---|---|
| Check one: ☒ Jury Trial  or  ☐ Court Trial<br>*[Monday at 8:30 a.m., about 18 months after Complaint filed]*<br>Estimated Duration, in days: | 2/8/2027 (4-5 days) | 12/7/2026 |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions In Limine<br>*[Friday at 11:00 a.m., at least 17 days before trial]* | 1/11/2027 | 11/13/2026 |

| Event[1]<br>*Note*: Hearings must be on Mondays at 10:00 a.m. Other dates can be any day of the week. | Suggest. Weeks Before FPTC[2] | Plaintiff's Proposed Date mm/dd/yyyy | Defendant's Proposed Date mm/dd/yyyy |
|---|---|---|---|
| Last Date to <u>Hear</u> Motions to Amend Pleadings/Add Parties *[Friday]* | 12-16 weeks after Sched. Conf. | 11/6/2026 | 12/19/2025 |
| Non-Expert Discovery Cut-Off<br>**(no later than deadline for *filing* dispositive motion)** | 17 | 9/17/2026 | 5/25/2026 |
| Expert Disclosure (Initial) | | 8/20/2026 | 4/11/2026 |
| Expert Disclosure (Rebuttal) | | 9/3/2026 | 4/25/2026 |
| Expert Discovery Cut-Off | 12[3] | 9/17/2026 | 5/25/2026 |
| Last Date to <u>Hear</u> Motions *[Friday]*<br>• Rule 56 Motion due at least 5 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed<br>  *For Cross-Motions, see Standing Order.* | 12 | 11/16/2026 | 10/9/2026 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | 10 | 12/5/2026 | 10/23/2026 |
| <u>Alternative Dispute Resolution ("ADR") Procedure (select one)</u>:<br>(Magistrate Judge *[with Court approval]*, Court's Mediation Panel, or Private Mediation) | | ☐ 1. Mag. Judge<br>☐ 2. Panel<br>☐ 3. Private | ☒ 1. Mag. Judge<br>☒ 2. Panel<br>☐ 3. Private |
| **Trial Filings (first round)**<br>• Motions In Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] *(court trial only)*<br>• Declarations containing Direct Testimony, if ordered *(court trial only)* | 3 minimum | 12/11/2026 | 10/23/2026 |
| **Trial Filings (second round)**<br>• Oppositions to Motions In Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions *(jury trial only)*<br>• Disputed Proposed Jury Instructions *(jury trial only)*<br>• Joint Proposed Verdict Forms *(jury trial only)*<br>• Joint Proposed Statement of the Case *(jury trial only)*<br>• Proposed Additional Voir Dire Questions, if any *(jury trial only)*<br>• Evidentiary Objections to Decls. of Direct Testimony *(court trial only)* | 2 minimum | 12/24/2026 | 10/30/2026 |

**[REVISED MARCH 15, 2024]**

---

[1] **The parties may seek dates for additional events by filing a separate Stipulation and Proposed Order.** *<u>This is often</u> appropriate for class actions, patent cases, and ERISA cases.*
[2] **This is the Court's recommended default timeline for certain events. The parties are welcome to propose different intervals as needed for their case.**
[3] **The parties may wish to consider cutting off expert discovery prior to the deadline for *filing* an MSJ.**

HB: 4938-3697-8034.1